# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LORANDA VEIS and MEFIL SERIFOSKI,<br><br>       Plaintiffs,<br><br>v.<br><br>AMCOL SYSTEMS INC.,<br><br>       Defendant. | Case No. 18-CV-781-JPS<br><br><br>**ORDER** |

   On August 10, 2018, Plaintiffs filed a notice of voluntary dismissal of this action with prejudice. (Docket #11). As Defendant has not answered or moved for summary judgment, the notice is proper and the Court will adopt the same. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

   Accordingly,

   **IT IS ORDERED** that Plaintiffs' notice of dismissal (Docket #11) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

   Dated at Milwaukee, Wisconsin, this 13th day of August, 2018.

                BY THE COURT:

                _____
                J. P. Stadtmueller
                U.S. District Judge